■ CHRISTINE L. PALERMO, Respondent, v JOSEPH A. PALERMO, Appellant. [953 NYS2d 533]—Appeal from an order of the Supreme Court, Monroe County (Richard A. Dollinger, A.J.), entered November 15, 2011. The order, inter alia, denied the motion of defendant to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Fahey, Carni, Valentino and Martoche, JJ.